## IN THE SUPERIOR COURT OF GUAM

FILE

2014 MAR 10 PM 4:01

CLERK OF COURT

BY: _____

GOVERNMENT OF GUAM, )
)
           Plaintiff, )
)
      v. )
)
HELENE TORRES and EVELYN )
O'KEEFE, in their capacities as CO- )
ADMINISTRATRIXES OF THE )
ESTATE OF JOSE MARTINEZ )
TORRES, and THE ESTATE OF JOSE )
MARTINEZ TORRES, )
)
           Defendants. )
)

CASE NO. CV0454-12

**DECISION AND ORDER
ON MOTION TO DISQUALIFY
COUNSEL**

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena III on December 30, 2013 on Plaintiff's Motion to Disqualify Counsel. Assistant Attorney General William Bischoff appeared on behalf of the Government of Guam. Attorney Joseph Razzano represented the Estate of Jose Martinez Torres. Following the hearing the Court took the matter under advisement. Having considered the parties' arguments and the applicable law, this Court now issues its Decision and Order.

## DISCUSSION

On May 31, 2013, Defendant filed a Motion to Disqualify Mr. Bischoff from this matter, arguing his violation of the Guam Rules of Professional Conduct warranted his disqualification. A hearing was held on the matter on December 30, 2013 and the motion was taken under advisement. This Court takes Judicial Notice that Mr. Bischoff no longer represents the Government as he is no longer employed as an Assistant Attorney General based on facts contained in a February 19, 2013 Decision and Order in CV1124-09, issued by the Honorable Arthur R. Barcinas. Based on the facts contained therein, it is the finding of this Court that the motion to disqualify Mr. Bischoff is rendered moot.

ORIGINAL

## CONCLUSION

The motion is hereby **DENIED** for mootness and further proceedings are set for April 28, 2014 at 2:00 p.m.

It is **SO ORDERED** this 11th day of March, 2014.

_____
HONORABLE ALBERTO C. LAMORENA, III
Presiding Judge, Superior Court of Guam



**ORIGINAL**

SERVICE VIA COURT **Box**

I acknowledge that a copy of the
original hereto was placed in the
Court box of:

AG Civil (Pivot Tang) Rapadas;
Cunliffe: Maher (Yamy Tang

Date: 3/10/14 Time: 4:20 p

_____
Deputy Clerk, Superior Court of Guam

ORIGINAL